HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENET R. TEKLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RECONTRUST COMPANY, N.A., et al.<br><br>　　　　Defendants. | CASE NO. C11-1240 RAJ<br><br>ORDER |

This matter comes before the court *sua sponte*. On April 15, 2013, defendants filed a supplemental motion to dismiss for failure to state a claim. Dkt. # 27. The motion was noted for consideration on May 10, 2013. Plaintiff has not filed an opposition. The court ORDERS plaintiff to SHOW CAUSE why the court should not grant defendants' motion to dismiss in its entirety for failure to oppose. Local Civ. R. 7(b)(2). Plaintiff shall respond no later than June 7, 2013, or the court will dismiss this case.

Dated this 14th day of May, 2013.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Richard A. Jones
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER- 1