HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENET TEKLE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RECONTRUST COMPANY, N.A., et al.<br><br>　　　　　　Defendants. | CASE NO. C11-1240 RAJ<br><br>ORDER |

　　　This matter comes before the court on the court's order to show cause. Dkt. # 30. On April 16, 2013, defendants filed a supplemental motion to dismiss for failure to state a claim. Dkt. ## 27, 28-1. The motion was noted for consideration on May 10, 2013. The plaintiff did not file an opposition. On May 14, 2013, the court ordered plaintiff to show cause why the court should not grant defendants' motion to dismiss in its entirety for failure to oppose. Dkt. # 30. The court ordered plaintiff to respond no later than June 7, 2013. To-date, plaintiff has not responded to the order to show cause or otherwise opposed defendants' motion. Accordingly, the court GRANTS defendants' motion to dismiss (Dkt. # 27) due to plaintiff's failure to oppose the motion or respond to the court's order to show cause. Local Civ. R. 7(b)(2)

ORDER- 1

Dated this 12th day of June, 2013.

The Honorable Richard A. Jones
United States District Judge